**Opinion issued April 17, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

## NO. 01-24-01009-CV

————————————

## IN RE KEVIN BUTLER, JR., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Kevin Butler, Jr., has filed a petition for writ of mandamus, complaining of the trial court's October 30, 2024 Order of Enforcement by Contempt and Suspension of Commitment.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

---

[1] The underlying case is *In the Interest of K.M.B., K.B., and K.B.*, cause number 2017-28576, pending in the 309th District Court of Harris County, the Honorable Linda Dunson presiding.